**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Roy Glanville, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING SCHEDULING/** |
| | ) | **DISCOVERY PLAN** |
| vs. | ) | |
| | ) | |
| Susan Ellison, Mitchell Ellison, and | ) | |
| Robert Labonte, | ) | Case No. 1:11-cv-027 |
| | ) | |
| Defendants. | ) | |

On November 14, 2011, the parties filed a Stipulation to Amend Scheduling/Discovery Plan.

The Court **ADOPTS** the parties' Stipulation (Docket No. 20). The scheduling/discovery plan shall

be amended as follows:

4.      The Plaintiff shall provide the names of expert witnesses and complete reports under

Rule 26(a)(2) by <u>February 15, 2012</u>. Defendants shall provide the names of expert

witnesses and complete reports by <u>March 15, 2012</u>.

5.      The parties shall have until <u>April 30, 2012</u>, to complete discovery depositions of

expert witnesses.

**IT IS SO ORDERED.**

Dated this 15th day of November, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court