IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Roy Glanville, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING SCHEDULING/** |
| | ) | **DISCOVERY PLAN** |
| vs. | ) | |
| | ) | |
| Susan Ellison, Mitchell Ellison, and | ) | |
| Robert Labonte, | ) | Case No. 1:11-cv-027 |
| | ) | |
| Defendants. | ) | |

On November 14, 2011, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The Court **ADOPTS** the parties' Stipulation (Docket No. 20). The scheduling/discovery plan shall be amended as follows:

4. The Plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by February 15, 2012. Defendants shall provide the names of expert witnesses and complete reports by March 15, 2012.

5. The parties shall have until April 30, 2012, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 15th day of November, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court